Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−17951−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa Peters Bruno
   25 West Lake Ct.
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−4869

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on July 30, 2025 and a confirmation hearing on such Plan has been scheduled for October 1, 2025.

The debtor filed a Modified Plan on September 17, 2025 and a confirmation hearing on the Modified Plan is scheduled for October 22, 2025 at 10:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 18, 2025
JAN: llb

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-17951-MEH |
| Lisa Peters Bruno | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 18, 2025 | Form ID: 186 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Peters Bruno, 25 West Lake Ct., Somerset, NJ 08873-4703 |
| 520761272 | + | Mohela, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 18 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 18 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520807969 | + | Email/Text: bkfilings@zwickerpc.com | Sep 18 2025 20:52:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 520761269 | + | Email/PDF: bncnotices@becket-lee.com | Sep 18 2025 20:55:49 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520761268 | + | Email/PDF: bncnotices@becket-lee.com | Sep 18 2025 21:06:23 | Amex, Corresponce/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520802608 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 18 2025 20:51:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520761270 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 18 2025 20:55:11 | JPMCB Card, Mailcode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520769441 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2025 20:55:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520761271 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 18 2025 20:51:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520761273 | + | Email/Text: BKMAIL@planethomelending.com | Sep 18 2025 20:50:00 | Planet Home Lending LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 520801542 | | Email/Text: bnc-quantum@quantum3group.com | Sep 18 2025 20:51:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520808828 | | Email/Text: bnc-quantum@quantum3group.com | Sep 18 2025 20:51:00 | Quantum3 Group LLC as agent for, AXIOM ACQUISITION VENTURES LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520761274 | + | Email/Text: cs@securitycreditservicesllc.com | Sep 18 2025 20:50:00 | Security Credit Services, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 520761275 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 18 2025 20:55:35 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO |

| | | | | |
|---|---|---|---|---|
| | | | | Box 965064, Orlando, FL 32896-5064 |
| 520783437 | ^ | MEBN | Sep 18 2025 20:43:47 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520761276 | + | Email/Text: bankruptcy@td.com | Sep 18 2025 20:51:00 | TD Bank/Raymour & Flanigan, 1701 Rt. 70 East, Attn: Bankruptcy, Cherry Hill, NJ 08003-2390 |
| 520761277 | | Email/Text: bknotice@upgrade.com | Sep 18 2025 20:49:00 | Upgrade Inc, Attn: Bankruptcy, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Planet Home Lending dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Erik Frins | on behalf of Debtor Lisa Peters Bruno efrins@simonattorneys.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4