Certificate Number: 17572-NJ-DE-040234194

Bankruptcy Case Number: 25-17951



17572-NJ-DE-040234194

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 24, 2025, at 9:08 o'clock AM PDT, Lisa Peters Bruno completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   October 24, 2025                        By:      /s/Leigh-Anna M Thompson

Name:  Leigh-Anna M Thompson

Title:   Counselor