Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−17951−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lisa Peters Bruno
25 West Lake Ct.
Somerset, NJ 08873

Social Security No.:
xxx−xx−4869

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 24, 2025.

Dated: October 24, 2025
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-17951-MEH |
| Lisa Peters Bruno | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 24, 2025 | Form ID: plncf13 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Peters Bruno, 25 West Lake Ct., Somerset, NJ 08873-4703 |
| 520761272 | + | Mohela, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 24 2025 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 24 2025 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520807969 | + | Email/Text: bkfilings@zwickerpc.com | Oct 24 2025 20:54:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 520761269 | + | Email/PDF: bncnotices@becket-lee.com | Oct 24 2025 20:58:50 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520761268 | + | Email/PDF: bncnotices@becket-lee.com | Oct 24 2025 20:58:21 | Amex, Corresponce/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520802608 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 24 2025 20:54:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520761270 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 24 2025 20:58:21 | JPMCB Card, Mailcode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520828087 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 24 2025 20:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520769441 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2025 20:58:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520761271 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2025 20:54:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520814646 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2025 20:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520761273 | + | Email/Text: BKMAIL@planethomelending.com | Oct 24 2025 20:53:00 | Planet Home Lending LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 520839149 | + | Email/Text: BKMAIL@planethomelending.com | Oct 24 2025 20:53:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520801542 | | Email/Text: bnc-quantum@quantum3group.com | Oct 24 2025 20:54:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| 520808828 | Email/Text: bnc-quantum@quantum3group.com | Oct 24 2025 20:54:00 | Quantum3 Group LLC as agent for, AXIOM ACQUISITION VENTURES LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520761274 | + Email/Text: cs@securitycreditservicesllc.com | Oct 24 2025 20:53:00 | Security Credit Services, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 520761275 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 24 2025 20:58:27 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520783437 | ^ MEBN | Oct 24 2025 20:48:08 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520761276 | + Email/Text: bankruptcy@td.com | Oct 24 2025 20:54:00 | TD Bank/Raymour & Flanigan, 1701 Rt. 70 East, Attn: Bankruptcy, Cherry Hill, NJ 08003-2390 |
| 520761277 | Email/Text: bknotice@upgrade.com | Oct 24 2025 20:52:00 | Upgrade Inc, Attn: Bankruptcy, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Planet Home Lending dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Erik Frins | on behalf of Debtor Lisa Peters Bruno efrins@simonattorneys.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4